

*UNSWORN STATEMENT*
*UNDER PENALTY OF PERJURY*

The undersigned hereby certifies the following under penalty of perjury:

Debtor (s) Mildred Figueras Figueroa

- Loan Number: <u>227986</u>
- Principal balance: $ <u>14,125.35</u>
- Monthly late charges: $ <u>8.37</u>
- Pre-petition arrears and other charges: $ <u>520.00</u>
- Post-petition arrears: $ <u>1,248.76</u>
- Other charges: $ <u>    </u>
- Last post-petition installment was received on 12/17/10 applied to 11/01/10
- _____ No post-petition payments have been made.
- Present value interest compounded at 8.50000%, per annum.

This 28 day of February of 2011.

Name: Arlinda Rivera
Title: Bankruptcy Officer