IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE:

MILDRED FIGUERAS FIGUEROA

Debtor(s)

CASE NUMBER: 09-02380 SEK

CHAPTER 13 (ASSET CASE)

## DEBTORS REPLY TO FIRSTBANK PUERTO RICO MOTION FOR RELIEF OF STAY UNDER 362

**TO THE HONORABLE COURT:**

COMES now Debtor(s)represented by the undersigned counsel and respectfully Allege(s) and Pray(s) as follows:

1. That on March 14th, 2011, the creditor Firstbank Puerto Rico filed a Motion for Relief From Stay Under 362 based on the fact that debtor was in arrears in the first mortgage loan in the amount of $1,248.76.

2. Debtor made two of the five payments in arrears and will be cure the remaining three payments through a Post Confirmation Modification, debtor will include the current month of March in the plan.

3. Based on the abovementioned, it is debtor's contention that Firstbank Puerto Rico motion turns into a moot one.

**WHEREFORE**, it is respectfully requested from this Honorable Court to GRANT the present Motion, therefore deny Firstbank Puerto Rico Motion for Relief of Stay under 362.

In San Juan, Puerto Rico, this 22nd, day of March, 2011.

**RESPECTFULLY SUBMITTED**

**/S/Marilyn Valdes Ortega**
**MARILYN VALDES ORTEGA**
USDC PR 214711
P.O.Box 195596
San Juan, PR 00919-5596
Tel. (787) 758-4400
Fax. (787) 763-0144
E-mail valdeslaw@prtc.net

Case No. 09-02380 SEK

I HEREBY CERTIFY: That I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following:

09-02380 SEK  Notice will be electronically mailed to:

JOSE RAMON CARRION MORALES
newecfmail@ch13-pr.com

MONSITA LECAROZ ARRIBAS
ustpregion21.hr.ecf@usdoj.gov

SERGIO A. RAMIREZ DE ARELLANO
sramirez@sarlaw.com

ALEJANDRO CAMPORREALE MUNDO
bnk.noticespr@yahoo.com

NAYELI DIAZ FEBLES
nayeli.diaz@firstbankpr.com

SOLYMAR CASTILLO MORALES
scastillo@gaclaw.com

CARLOS E. PEREZ PASTRANA
cperezp@reliablefinancial.com

I HEREBY CERTIFY: That I have mailed by regular mail to all creditors listed.
09-02380 SEK  Notice will not be electronically mailed to:

FIA CARD SERVICES
PO BOX 15726
WILMINGTON, DE  19886-5726

Recovery Management Systems Corporation
For GE Money Bank
dba SAM'S CLUB
25 SE 2nd Ave Ste 1120
Miami FL 33131-1605

(p) INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 7346
PHILADELPHIA PA 19101-7346

FIA CARD SERVICES, N.A.
ATTN. MR. BK
1000 Samoset Drive
DE5-023-03-03
Newark, DE 19713-6000

SAM'S CLUB
PO BOX 530942
ATLANTA, GA  30353-0942

SANTANDER FINANCIAL SERVICES, INC.
CALLE LOIZA 1863
SAN JUAN, PR 00911-1862

DEPARTAMENTO DEL TRABAJO
AVE. MUOZ RIVERA 505
HATO REY, PR 00918-3352

SEARS CREDIT CARDS
P.O. BOX 183081
COLUMBUS, OH  43218-3081

PR ACQUISITIONS LLC
250 MUNOZ RIVERA AVENUE SUITE 1200
HATO REY, P.R 00918-1814

PR ACQUISITIONS LLC
AMERICAN INTL BUILDING
250 MUNOZ RIVERA AVENUE SUITE 1200
HATO REY, PR 00918-1814

CitiFinancial, Inc.
P.O. Box 70919
Charlotte, NC 28272-0919

DEPARTAMENTO DE HACIENDA
PO BOX 9024140
OFICINA 424 B
SAN JUAN, PR 00902-4140

PRA RECEIVABLES MANAGEMENT LLC AS AGENT OF P
POB 41067
NORFOLK, VA 23541-1067

SANTANDER FINANCIAL SERVICE D/B/A ISLAND FIN
C/O LIGIA RIVERA BUJOSA
PO BOX 7011
PONCE PR 00732-7011

CITIFINANCIAL
PO BOX 71328
SAN JUAN, PR  00936-8428

CITIFINANCIAL
ONE CITIBANK DRIVE
SUITE 201
SAN JUAN, PR 00926-9600

PRA RECEIVABLES MANAGEMENT LLC AS AGENT OF
PORTFOLIO RECOVERY ASSOCIATES LLC
POB 41067
NORFOLK VA 23541-1067

JC PENNEY
PO BOX 960090
ORLANDO, FL  32896-0090

Recovery Management Systems Corporation
For GE Money Bank
dba JCPENNEY CREDIT SERVICES
25 SE 2nd Ave Ste 1120
Miami FL 33131-1605

FEDERAL LITIGATION DEPT OF JUSTICE
PO BOX 9020192
SAN JUAN, PR  00902-0192