IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br>MILDRED FIGUERAS FIGUEROA<br><br>DEBTOR | CASE NO. 09-02380 (SEK)<br><br>Chapter 13 |
| DORAL BANK, AS SERVING AGENT OF SANA INVESTMENT MORTGAGE BANKERS, INC.<br>MOVANT<br><br>vs.<br><br>MILDRED FIGUERAS FIGUEROA AND JOSÉ RAMON CARRION MORALES, TRUSTEE<br>RESPONDENTS | INDEX<br><br>☒ of acts against property under §362(d)(1) "CAUSE" |

MOTION FOR RELIEF FROM STAY

TO THE HONORABLE COURT:

COMES DORAL BANK, ("Doral"), as serving agent of Sana Investment Mortgage Bankers, Inc., through its undersigned counsel, and very respectfully alleges, states and prays:

1. Jurisdiction is granted by 28 U.S.C. §1334 and by 28 U.S.C. §157, and this is an action pursuant to 11 U.S.C. §362 (d)(1).

2. On March 30, 2009, Debtor(s) filed a petition for relief under Chapter 13 of the Bankruptcy Code.

3. Doral is the holder in due course of a Mortgage Note in the principal sum of $97,600.00 bearing interest at 7.950% per annum, due on the first day of December 2034.

4. On April 8, 2009, Doral filed a secured claim, (Claim 1-1) with a proof of lien, in the amount of $93,735.68, for loan number 5316, with pre-petition arrears of $141.28, encumbering Debtors' residence.

5. Since the filing date, Debtor(s) account has accumulated post-petition arrears, including late charges and legal fees and costs totaling $4,299.50, as stated in the attached

verified statement entitling this Honorable Court to grant Doral relief from the automatic stay, pursuant to 11 U.S.C. §362 (d)(1).

6. Respondent is the duly-appointed Chapter 13 trustee.

7. As show from the attached certification, Debtor is not eligible for the protections of the Servicemen's Civil Relief Act of 2003.

WHEREFORE, it is respectfully requested that this Honorable Court enters an order granting Doral Relief from the Automatic Stay.

HEREBY CERTIFY that a copy of the *Motion Requesting Relief from the Automatic Stay* was electronically filed by Movant, Doral, using the CM/ECF System, which will send a notification to the Standing Chapter 13 Trustee and to the debtors' attorney. In addition, a copy of the *Motion Requesting Relief from the Automatic Stay* was sent by Movant, Doral, to the debtor(s) at the address of record.

In San Juan, Puerto Rico, on the 7th day of April 2011.

SERGIO A. RAMÍREZ DE ARELLANO LAW OFFICES
Attorney for Doral
Banco Popular Center
11th Floor Suite 1133
209 Muñoz Rivera Avenue
San Juan, PR 00918-1009
Tels: (787) 765-2988
Fax No. (787) 765-2973
sramirez@sarlaw.com


*/S/ Sergio Ramírez de Arellano*
USDC PR 126804