IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>MILDRED FIGUERAS FIGUEROA<br>Debtor<br><br>DORAL BANK, AS SERVING AGENT OF SANA INVESTMENT MORTGAGE BANKERS, INC.<br><br>Movant<br><br>vs.<br><br>MILDRED FIGUERAS FIGUEROA AND JOSÉ RAMON CARRION MORALES, Trustee<br>Respondents | Case No. 09-02380 (SEK)<br><br>Chapter 13<br><br>Index<br><br>☒ of acts against property under §362(d)(1) "FOR CAUSE" |

**NOTICE ON MOTION FOR RELIEF OF STAY UNDER 11 USC § 362**

You are hereby notified that on _____ the above movant filed the enclosed Motion seeking relief from the automatic stay of 11 USC § 362.

(Service of the motion and notice shall be made within three (3) days after issuance of the notice. A certificate of service must be filed forthwith, but not later than seven (7) days after service is done. If the certificate of service is not timely filed, the Court may deny the motion for failure to give notice within three (3) days from issuance).

You must file an answer to the motion within **Fourteen (14) days** from the service of this notice, and serve such answer upon movant or its attorney, **SERGIO RAMÍREZ DE ARELLANO LAW OFFICE** whose address is Banco Popular Center, 11th Floor Suite 1133, 209 Muñoz Rivera Avenue, San Juan, Puerto Rico 00918-1009, (787) 765-2988 Fax (787) 765-2973

**IF YOU FAIL TO TIMELY ANSWER AS SET FORTH HEREIN, AN ORDER MAY BE ENTERED AGAINST YOU GRANTING THE RELIEF REQUESTED BY THE MOVANT.**

If a timely answer if file, then_____, at _____ at the United States Bankruptcy Court, U.S. Post Office and Courthouse Building, 300 RECINTO SUR., _____ FLOOR, COURTROOM_____, OLD SAN JUAN, PR, is fixed as the time and place for the hearing on such motion.

CELESTINO MATTA- MENDEZ
Clerk of Court

By:_____

Issued:_____