IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN THE MATTER OF:<br>MILDRED FIGUERAS FIGUEROA<br><br>　　　　Debtor(s)<br>DORAL BANK<br>　　　　Movant<br>MILDRED FIGUERAS FIGUEROA<br>JOSE RAMON CARRION MORALES ,TRUSTEE<br>　　　　Respondent(s) | CASE NO. 09-02380 SEK<br>Chapter 13<br><br>INDEX<br><br><br>FILED & ENTERED ON 07/22/2011 |

**ORDER**

Upon debtors' consent Movant's Motion for Relief from Stay (docket #36) is granted.

SO ORDERED.

San Juan, Puerto Rico, this July 22, 2011.

　　　　　　　　　　　　　　　　　　Sara E. De Jesus Kellogg
　　　　　　　　　　　　　　　　　　U.S. Bankruptcy Judge

C: DEBTOR (S)
　MARILYN VALDES ORTEGA,
　JOSE RAMON CARRION MORALES,
　DORAL BANK